

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*DANIEL A. FRIEDMAN*  *401 Market Street, Fourth Floor*
*Assistant United States Attorney*  *Camden, New Jersey 08101-2098*

*Direct Dial: 856.968.4867*
*Email: Daniel.friedman2@usdoj.gov*

October 3, 2025

<u>Via Email (criminalinfo@njd.uscourts.gov)</u>

Melissa E. Rhoads
Clerk of the Court
United States District Court
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza, 4th and Cooper Streets
Camden, New Jersey 08101

ATTN: Marcy Plye

    RE:    Request for Case Assignment – *United States v. Michael Carney*
           Related to:   *United States v. Raymond Matthews*, Crim. No. 25- (KMW).

Dear Ms. Plye:

    Enclosed for assignment is an Information charging defendant Michael Carney with wire fraud, in violation of 18 U.S.C. § 1343. The charge in the Information arose from the same events that form the basis for the Information in the other matter referenced above, which is assigned to the Hon. Karen M. Williams, United States District Judge.

    Pursuant to Local Criminal Rule 18.1, we are informing you of the relationship of these cases so that you may determine whether these matters should be considered related and assigned to the same District Judge in the interests of judicial economy.

                            Very truly yours,

                            TODD BLANCHE
                            United States Deputy Attorney General

                            ALINA HABBA
                            Acting United States Attorney
                            Special Attorney

                            */s/ Daniel A. Friedman*
                By:   DANIEL A. FRIEDMAN
                    Assistant U.S. Attorney